**Opinion issued May 12, 2015**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-15-00333-CV

———————————

## IN RE EDWARD R. NEWSOME, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION[1]

Relator, Edward R. Newsome, seeks relief from this Court by petition for writ of mandamus. We **deny** the petition.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Massengale.

---

[1] The underlying case is *Edward R. Newsome v. Walgreen Drug Store,* No. 1995-25994 in the 189th District Court of Harris County, Texas, the Honorable Bill Burke presiding.